Leo J. Lehman v. Cores-Martinez Company.— Application granted. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Edwin M. Houghtaling v. Upper Kittanning Brick Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The City of New York v. Conrad Alheidt.— Application granted. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Nathaniel Walkoff v. Hugh C. Fox and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Ida Weisman v. The City of New York.— Motion granted. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Edwin La Forrest Harvey v. The City of New York.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The People of the State of New York ex rel. Michael A. Lynch v. Arthur Woods, as Commissioner.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Elizabeth Reich v. Eva M. B. Lane and Another. Elizabeth Reich v. Eva M. B. Lane and Another.— Motions granted, with ten dollars costs. Orders signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Alfred W. Ireland v. G. M. Traver Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Charles E. Hall v. Clark Williams.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

In the Matter of Oscar C. Miller.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

In the Matter of Elizabeth Volze, Deceased.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Lucy Price v. New York Consolidated Railroad Company.— Motion granted. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.